STATE OF MONTANA ex rel. BEN C. MASTERS, Relator, v. DISTRICT COURT of the Eighteenth Judicial District of the State of Montana, in and for the COUNTY OF GALLATIN, and the Honorable Jack D. Shanstrom, Judge presiding, Respondents.

No. 10947.
Decided April 6, 1965.
405 P.2d 989.

PER CURIAM:

Original proceeding.

Relator by petition seeks a writ of prohibition to restrain the District Court of Gallatin County from proceeding with the trial of Cause No. 1837-A, State of Montana against Ben C. Masters, Defendant.

The relief requested is denied and this proceeding ordered dismissed.